AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| Nicholas Bylotas | ) | Case Number: 6:09-mj-00192-YNP |
| | ) | USM Number: |
| | ) | Pro Se |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   1505743,1505742,150745,

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 2.4 (a) | Possession of Weapon | 8/31/2009 | 1505743 |
| 36 CFR 2.61 | Residing on Park Lands | 8/31/2009 | 1505742 |
| 36 CFR 2.32 (a)(2) | Failure to Obey a Lawful Order | 8/31/2009 | 1505745 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)   1505744   ☑ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/1/2009
Date of Imposition of Judgment

*/s/ William F. Prince*
Signature of Judge

William Prince                    U.S. Magistrate Judge
Name of Judge                     Title of Judge

9/1/2009
Date

DEFENDANT: Nicholas Bylotas
CASE NUMBER: 6:09-mj-00192-YNP

## ADDITIONAL PROBATION TERMS

Unsupervised probation for 12 months. Terms and Conditions: Serve seven days custody for each count to be served concurrently for a total of seven days. Defendant is remanded to the custody of the United States Marshal Service in Fresno, California.

Defendant shall not enter the Yosemite National Park for duration of probation.